Southern Surety Company, appellant, v. The Peoples State Bank of Astoria, appellee. Gen. No. 7,945.

Opinion filed December 19, 1928. Original opinion reported in full in 243 Ill. App. 195.

Gillespie & Gillespie, for appellant; Hugh J. Dobbs and Louis F. Gillespie, of counsel. Glenn Ratcliff and Robert F. White, for appellee.

Per curiam.

Stella Lawrence, appellee, v. Charles J. Swift and Carrie F. Swift, appellants. Gen. N . 8,238.

Opinion filed January 24, 1929.

John G. Friedmeyer and R. G. Hill, for appellants. Graham & Graham, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Jesse R. Smith, appellee, v. Village of Ripley, appellant. Gen. No. 8,251.

Opinion filed January 24, 1929.

D. L. Mourning, for appellant. Walter I. Manny and S. A. Hubbard, for appellee.

Mr. Presiding Justice Niehaus delivered the opinion of the court.

Baptist Hardy, executor of the last will and testament of Zuleika Hardy, deceased et al., appellants, v. Clement v. Hardy et al., appellees. Gen. No. 8,255.

Opinion filed January 24, 1929.

O'Harra, O'Harra & O'Harra, for appellants. Charles J. Scofield, pro se, and Earl N. Bell, for certain appellees.

Mr. Presiding Justice Niehaus delivered the opinion of the court.